

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHADWICK THOMPSON** | * | CIVIL ACTION NO.: |
| | * | |
| **VERSUS** | * | SECTION **11-1334** |
| | * | |
| **BAYOU TUGS, INC.** | * | |
| **RUSSELL NAQUIN AND** | * | JUDGE |
| **BEVERLY NAQUIN D/B/A** | * | **SECT. F MAG. 4** |
| **BAYOU TUGS, AND** | * | |
| **M/V JOHN G. MORGAN** | * | MAG. JUDGE |
| | * | |

*******************************************************************************

### SEAMAN'S COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Chadwick Thompson, a person of the full age of majority, domiciled in Ft. Payne, Alabama for the purpose of asserting the following causes of action against Bayou Tugs, Inc., Russell Naquin and Beverly Naquin d/b/a Bayou Tugs and *M/V John G. Morgan*, made defendants herein, who, in the following particulars, respectfully represent:

1.

Fee $350.
✓ Process ___
X Dktd ___
___ CtRmDep ___
___ Doc. No. ___

This Complaint is brought under the Jones Act, 46 U.S.C. § 688, Longshore and Harbor Worker's Act 905 (b), the General Maritime Law, and Louisiana state law. Jurisdiction and venue are proper in this Honorable Court, as all events material to this action occurred within the jurisdiction of the Court, it is believed that all parties are domiciled within the jurisdiction of the Court, and is an admiralty claim under Federal Rules of Civil Procedure 9 h.

2.

Made defendants are:

a.) Russell Naquin, a person of the full age of majority and domiciled and doing business as Bayou Tugs at 1626 Highway 665, Montegut, Louisiana 70377;

b.) Beverly Naquin, a person of the full age of majority and domiciled and doing business as Bayou Tugs at 1626 Highway 665, Montegut, Louisiana 70377;

c.) Bayou Tugs, a domestic business, domiciled in the Parish of Terrebonne, State of Louisiana, with its principal place of business at 1626 Highway 665, Montegut, Louisiana, 70377, doing business within the jurisdiction of this Court;

d) Bayou Tugs, Inc., a domestic corporation, domiciled in the Parish of Terrebonne, State of Louisiana, with its principal place of business at 1626 Highway 665, Montegut, Louisiana, 70377, doing business within the jurisdiction of this Court;

e.) Defendant, *M/V John G. Morgan, in rem*, a marine vessel owned by Bayou Tugs.

3.

On March 4, 2011, plaintiff, Chadwick Thompson, a Jones Act seaman, was employed by defendants and on board the *M/V John G. Morgan* in navigation for all purposes herein, said vessel being owned and operated by Bayou Tugs.

4.

While in the course and scope of his employment, Chadwick Thompson suffered personal injuries after the vessel, the *M/V John G. Morgan*, struck the Belle Chase Bridge twice. The collision caused Mr. Thompson to be thrown forward, knocking him to the floor causing his injures.

5.

The Defendants are at fault and the collision was the result of the negligence, inattention and carelessness of Defendants' employees and the unseaworthiness of the Defendant vessel in the following respects, together with such others as may be established at trial:

- a. Failure to keep a proper lookout by sight and hearing as well as by all available means under the prevailing circumstances and conditions;
- b. Traveling at an unsafe speed in order to take proper and effective action to avoid a collision under the prevailing circumstances and conditions;
- c. Inadequate training of the crew;
- d. Liability under the doctrine of *respondeat superior* for the acts of their employees who failed to properly operate the *M/V John G. Morgan* in a safe manner.
- e. Negligently causing, allowing, and permitting Chadwick Thompson to become injured;
- f. Negligently causing, allowing, and permitting the vessel to ram the bridge;

g. Negligent failure of Mr. Thompson's employer to recognize the unsafe procedures of the vessel which caused him injury and/or to take steps to prevent said injury;

h. The acts of the master and/or officer on duty on the bridge in operating said vessel in such a manner that it was rammed into said bridge;

I. By allowing the vessel to be operated in an unseaworthy manner and/or to be operated by an unseaworthy master and/or crew;

6.

As a result of the negligence of Defendant, the *M/V John G. Morgan* is liable to Plaintiff herein *in rem*.

7.

By reason of the negligence set forth in the above paragraphs, Chadwick Thompson has suffered permanent injuries including herniated intervertebral discs at C3/4, C/4 and C5, a annular tear, bulging of the T10/11 intervertebral disc eccentric toward the left side, herniated discs at L2/L3, L3/L4, pain his left elbow and post concussion syndrome and other brain injuries all resulting in him to be unable to work and to suffer the following elements of damages: past lost wages, impairment of future earning capacity and resultant lost future income, past and future medical expenses, past, present, and future physical pain and suffering, past, present, and future mental pain and suffering, past, present, and future loss of enjoyment of life, past, present, and future loss of society and/or consortium, disfigurement, residual physical disability, limitation of activity, and impairment of function.

8.

As a result of the allegations described above, Chadwick Thompson is entitled to receive maintenance and cure until reaching maximum recovery. Defendant has failed to fully provide said maintenance and cure to Mr. Thompson, despite their duty to do so from the time of his injury.

9.

As a result of all of the above, plaintiff is entitled to punitive damages.

WHEREFORE, Plaintiff, Chadwick Thompson, prays that after due proceedings had there be a judgment in his favor and against the Bayou Tugs, Inc, Russell Naquin and Beverly Naquin d/b/a Bayou Tugs and M/V John G. Morgan, jointly and severally, for the full and true sum of damages, pecuniary and non-pecuniary, reasonable under the premises, interest and costs, maintenance and cure, all general and equitable relief from the date of judicial demand, plus reasonable attorney fees accrued in the prosecution of the denial of maintenance and cure, and punitive damages.

Respectfully submitted,

JOHN L. YOUNG (#2199)
915 St. Louis Street
New Orleans, Louisiana 70112
Telephone (504) 581-2200
Fax (504) 581-5100
Attorney for Plaintiff