UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHADWICK THOMPSON | CIVIL ACTION NO.: 2:11-CV-1334 |
| VERSUS | SECTION F |
| BAYOU TUGS, INC., RUSSELL NAQUIN AND BEVERLY NAQUIN D/B/A BAYOU TUGS, INC., AND M/V JOHN G. MORGAN | JUDGE MARTIN C. FELDMAN<br><br>MAGISTRATE 4<br>JUDGE KAREN WELLS ROBY |

**SEAMEN'S FIRST SUPPLEMENTAL AND/OR AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Chadwick Thompson, a person of the full age of majority and a resident of and domiciled in Ft. Payne, Alabama, who supplements and/or his original Seamen's Complaint as follows:

I.

Complainant amends paragraph I of the original Seamen's Complaint as follows:

"I.

This Complaint is brought under the Jones Act, 46 U.S.C. Section 30104, the General Maritime Law, and the laws of the State of Louisiana. Jurisdiction and venue are proper in this Honorable Court as all events material to this action occurred within the jurisdiction of the Court. It is believed that all parties are domiciled within and/or subject to the jurisdiction of the Court."

II.

Complainant supplements and/or amends paragraph II of the original Complaint as follows:

"II.

Made defendant herein is Bayou Tugs, Inc., a domestic corporation domiciled in the Parish of Terrebonne, State of Louisiana, with its principal place of business at 1626 Highway 665, Montegut, Louisiana 70377, doing business within the jurisdiction of this Court."

III.

Complainant supplements and/or amends paragraph III of the original Complaint as follows:

"III.

That at all material times herein and, more particularly, on or about March 4, 2011, Chadwick Thompson was employed by defendant, Bayou Tugs, Inc., as a seamen assigned to the M/V John G. Morgan and, further, performed duties in this capacity that directly related and contributed to the accomplishment, function, mission and purpose of said vessel."

IV.

Complainant supplements and/or amends paragraph IV of the original Complaint as follows:

"IV.

That while assigned by defendant, Bayou Tugs, Inc., to the M/V John G. Morgan, Chadwick Thompson was injured as a result of the vessel striking, upon information and

belief, the Belle Chasse bridge. The allision/collision caused Mr. Thompson to be thrown into a door and then to the floor, causing his injuries."

V.

Complainant adds an additional paragraph, X, to the original Complaint to read as follows:

"X.

Plaintiff, Chadwick Thompson, shows that he is entitled to damages as are reasonable in the premises, including but not limited to the following:

| | | |
|---|---|---:|
| a. | Past, present and future physical pain and suffering | $750,000.00 |
| b. | Past, present and future mental pain and suffering | $750,000.00 |
| c. | Past, present and future loss of enjoyment of life | $750,000.00 |
| d. | Past, present and future medical expenses | $1,000,000.00 |
| e. | Past, present and future lost wages, including impairment of future earning capacity and resultant loss to future income | $1,000,000.00 |
| f. | Disfigurement | $200,000.00 |
| g. | Physical disability, limitation of activity and impairment of function | $750,000.00 |
| | Total: | $5,200,000.00" |

WHEREFORE, plaintiff, Chadwick Thompson, prays that after due proceeding is had, that there be judgment rendered in his favor against Bayou Tugs, Inc. for the full and true sum of damages totaling $5,200,000.00, pecuniary and non-pecuniary, as well as damages reasonable in the premises, maintenance and cure, court costs, pre and post-judgment interest, reasonable attorney's fees as a result of the prosecution of the denial of maintenance and cure, and punitive damages and for all general and equitable relief deemed appropriate.

RESPECTFULLY SUBMITTED:
GLENN LIEBERMAN
909 POYDRAS STREET, 20TH FLOOR
NEW ORLEANS, LA 70112
TELEPHONE:  504-599-3225
FACSIMILE:  877-545-3497

__s://Glenn Lieberman_____
GLENN LIEBERMAN, NO. 19442
ATTORNEY FOR PLAINTIFF,
CHADWICK THOMPSON

## CERTIFICATE OF SERVICE

I hereby certify that I have notified my client and served a copy of the foregoing on all counsel of record to this proceeding on this 21st day of November, 2011, by placing the same in the U.S. mail, properly addressed and postage prepaid and/or by facsimile and/or by electronic delivery.

_____s://Glenn Lieberman_____
GLENN LIEBERMAN, LA 19442